# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| FAIRWAY INDEPENDENT MORTGAGE CORPORATION, | ) ) ) | Civil Action No. 3:09-CV-280 |
| Plaintiff, | ) ) ) | **DEFAULT JUDGMENT** |
| v. | ) ) | |
| DODDIE V. GILES, | ) ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on a motion by Plaintiff Fairway Independent Mortgage Corporation ("Fairway") for default judgment against Defendant Doddie V. Giles ("Defendant") in a sum-certain amount. It appears to the Court that default has been entered against Defendant and that Defendant is not an infant, an incompetent or on active military status.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Fairway have and recover of Defendant, Doddie V. Giles:

(1) as to Fairway's First Claim for Relief, the amount of $276,909.82, which includes principal and interest through and including December 2, 2009, and post-judgment interest at the legal rate until paid;

(2) as to Fairway's Second Claim for Relief, the total amount of $41,789.60, and post-judgment interest at the legal rate until paid; and

(3) as to Fairway's Third Claim for Relief, the amount of $276,909.82, which includes principal and interest through and including December 2, 2009, and post-judgment interest at the legal rate until paid.

Signed: December 2, 2009

_____
Frank G. Johns, Clerk
United States District Court